# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TUCKER, PETRESE B. | PA-EASTERN DISTRICT | 06/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICXT JUDGE (ACTIVE) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

ROOM 16613 US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1751

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EXECUTOR | ▨ ESTATE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM-RETIREMENT PLAN | $27,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ADMINISTRATIVE OFFICE OF PA COURTS-COMMON PLEAS COURT JUDGE SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TUCKER, PETRESE B.** | 06/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AARONS (Y) | | | | | | | | | |
| 2. ABBOTT LABS | A | Dividend | | | Sold | 02/28/20 | J | A | |
| 3. ACADIA HEALTHCARE | A | Dividend | J | T | Sold (part) | 12/21/20 | J | A | |
| 4. ABBVIE | A | Dividend | J | T | | | | | |
| 5. ACCENTURE | A | Dividend | J | T | Sold (part) | 07/15/20 | J | A | |
| 6. ADVANCED ENERGY | A | Dividend | J | T | Sold (part) | 11/25/20 | J | A | |
| 7. AERIE PHARM (Y) | | | | | | | | | |
| 8. AIR PRODUCTS | A | Dividend | J | T | | | | | |
| 9. ALLERGAN | A | Dividend | | | Sold | 03/31/20 | J | A | |
| 10. AUTOMATIC DATA PROCESSING (Y) | | | | | | | | | |
| 11. ALLIANZ | A | Dividend | J | T | | | | | |
| 12. ALTRIA GROUP | A | Dividend | J | T | | | | | |
| 13. ADVANTAGE SOLUTIONS (X) | A | Dividend | J | T | | | | | |
| 14. AMARIN | A | Dividend | J | T | | | | | |
| 15. AMERICAN EXPRESS | A | Dividend | J | T | | | | | |
| 16. AMEREN (Y) | | | | | | | | | |
| 17. AMGEM | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AMN ELECTRIC POWER | A | Dividend | J | T | | | | | |
| 19. AMICUS THERAPUTICS | A | Dividend | | | Buy | 09/14/20 | J | | |
| 20. | | | | | Sold | 12/10/20 | J | A | |
| 21. ANTHEM (X) | A | Dividend | J | T | | | | | |
| 22. ANALOG DEVICES | A | Dividend | J | T | | | | | |
| 23. AON | A | Dividend | J | T | | | | | |
| 24. APPLE | A | Dividend | K | T | Sold<br>(part) | 12/31/20 | J | C | |
| 25. ASTRAZENECA (Y) | | | | | | | | | |
| 26. ASSURED GUARANTY | A | Dividend | J | T | | | | | |
| 27. AXA | A | Dividend | J | T | Sold<br>(part) | 12/28/20 | J | A | |
| 28. AT&T | A | Dividend | J | T | | | | | |
| 29. ATLAS | A | Dividend | | | Buy | 04/24/20 | J | | |
| 30. | | | | | Sold | 12/28/20 | J | A | |
| 31. AVALONBAY CMMUN | A | Dividend | | | Buy | 01/21/20 | J | | |
| 32. | | | | | Sold | 09/14/20 | J | A | |
| 33. AVIENT (X) | A | Dividend | J | T | | | | | |
| 34. BAE SYS (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. BANK OF THE OZARKS | A | Dividend | J | T | | | | | |
| 36. BASF | A | Dividend | J | T | | | | | |
| 37. BCE | A | Dividend | J | T | | | | | |
| 38. BECTON DICKINSON | A | Dividend | | | Sold | 05/22/20 | J | B | |
| 39. BLACKROCK | A | Dividend | K | T | | | | | |
| 40. BLUCORA | A | Dividend | J | T | | | | | |
| 41. BLACK HILLS | A | Dividend | J | T | | | | | |
| 42. BRITISH AMN TOBACCO | A | Dividend | J | T | | | | | |
| 43. BERKSHIRE HATHAWAY | A | Dividend | J | T | | | | | |
| 44. BROADCOM | A | Dividend | J | T | | | | | |
| 45. BRANDYWINE REALTY (Y) | | | | | | | | | |
| 46. BRIGHAM MINERALS (Y) | | | | | | | | | |
| 47. BOSTON SCIENTIFIC (X) | A | Dividend | J | T | | | | | |
| 48. BRP GP | A | Dividend | J | T | | | | | |
| 49. BRISTOL MYERS SQUIBB (X) | A | Dividend | J | T | | | | | |
| 50. CADENCE | | None | | | Sold | 03/05/20 | J | A | |
| 51. CARNIVAL | | None | | | Sold | 03/16/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CENTERPOINT (Y) | | | | | | | | | |
| 53. CHEVRON | A | Dividend | J | T | | | | | |
| 54. CHUBB | A | Dividend | J | T | | | | | |
| 55. CIGNA | A | Dividend | J | T | | | | | |
| 56. CENTURY COMMUNITIES (X) | A | Dividend | J | T | | | | | |
| 57. CINN FINCL | A | Dividend | J | T | | | | | |
| 58. CISCO SYSTEMS | A | Dividend | K | T | Sold (part) | 10/13/20 | J | A | |
| 59. CME GRP | A | Dividend | J | T | Sold (part) | 12/29/20 | J | A | |
| 60. COCA COLA | A | Dividend | J | T | | | | | |
| 61. CIE GENERALE (Y) | | | | | | | | | |
| 62. CITIGROUP | A | Dividend | J | T | | | | | |
| 63. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 64. COMCAST | A | Dividend | K | T | | | | | |
| 65. CONOCO PHILLIPS (X) | A | Dividend | J | T | | | | | |
| 66. CROWN CASTLE | A | Dividend | J | T | | | | | |
| 67. CYRUSONE | A | Dividend | J | T | Sold (part) | 02/19/20 | J | A | |
| 68. CHUYS HLDGS (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. COMML METALS | A | Dividend | J | T | | | | | |
| 70. COMMVAULT SYS | A | Dividend | J | T | | | | | |
| 71. COVETRUS | A | Dividend | J | T | Sold<br>(part) | 11/09/20 | J | A | |
| 72. CUBIC CORP | A | Dividend | | | Buy | 04/01/20 | J | | |
| 73. | | | | | Sold | 10/16/20 | J | A | |
| 74. CSG SYS INTL (X) | A | Dividend | J | T | | | | | |
| 75. CURTISS WRIGHT (X) | A | Dividend | J | T | | | | | |
| 76. DANAHER | A | Dividend | J | T | Sold<br>(part) | 02/19/20 | J | A | |
| 77. DARDEN (Y) | | | | | | | | | |
| 78. DELTA | A | Dividend | | | Sold | 04/28/20 | J | A | |
| 79. DEUTSCHE POST | A | Dividend | J | T | | | | | |
| 80. DIAGEO | A | Dividend | J | T | | | | | |
| 81. DOMINION ENERGY | A | Dividend | J | T | | | | | |
| 82. DISNEY | A | Dividend | | | Sold | 11/20/20 | J | B | |
| 83. DEERFIELD HEALTHCARE (X) | A | Dividend | J | T | | | | | |
| 84. DOW | A | Dividend | J | T | | | | | |
| 85. DUKE ENERGY | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DUKE REALTY (X) | A | Dividend | J | T | | | | | |
| 87. DUPONT DE NEMOURS | A | Dividend | | | Sold | 05/28/20 | J | A | |
| 88. EATON | A | Dividend | J | T | Sold (part) | 12/28/20 | J | A | |
| 89. ELI LILLY (Y) | | | | | | | | | |
| 90. EMERSON ELECTRIC (Y) | | | | | | | | | |
| 91. ENTERGY | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 92. ENCOMPASS HEALTH | A | Dividend | J | T | | | | | |
| 93. ENCORE CAPITAL | A | Dividend | J | T | | | | | |
| 94. ENERSYS (X) | A | Dividend | J | T | | | | | |
| 95. ENPRO INDS | A | Dividend | J | T | | | | | |
| 96. EOG RESOURCES | A | Dividend | | | Sold | 10/29/20 | J | A | |
| 97. ESSENT GROUP | A | Dividend | J | T | | | | | |
| 98. EVERI HLDGS | A | Dividend | J | T | | | | | |
| 99. EVERTEC | A | Dividend | | | Sold | 12/03/20 | J | A | |
| 100. EVOQUA WATER | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 101. | | | | | Sold (part) | 11/04/20 | J | A | |
| 102. EXXON MOBIL | A | Dividend | | | Sold | 10/30/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FASTENAL | A | Dividend | J | T | Sold (part) | 09/08/20 | J | A | |
| 104. FIDELITY NATL INFO SERV | A | Dividend | J | T | Sold (part) | 07/08/20 | J | A | |
| 105. FIRSTENERGY | A | Dividend | | | Sold | 10/30/20 | J | A | |
| 106. FISERV | A | Dividend | J | T | Sold (part) | 05/18/20 | J | A | |
| 107. FNDTN BLDG MAT | A | Dividend | | | Sold | 11/16/20 | J | A | |
| 108. FRANKLIN RES | A | Dividend | J | T | | | | | |
| 109. FIRST INTST | A | Dividend | J | T | | | | | |
| 110. FRONTDOOR (X) | A | Dividend | J | T | | | | | |
| 111. GATX | A | Dividend | J | T | | | | | |
| 112. GOLDMAN SACHS | A | Dividend | J | T | | | | | |
| 113. GLAXOSMITHKLINE | A | Dividend | J | T | | | | | |
| 114. GRAY TELEVISION | A | Dividend | J | T | | | | | |
| 115. GREAT WESTN | A | Dividend | | | Sold | 06/29/20 | J | A | |
| 116. HASBRO (X) | A | Dividend | J | T | | | | | |
| 117. HEALTHEQUITY | A | Dividend | J | T | | | | | |
| 118. HEALTH CATALYST (X) | A | Dividend | J | T | | | | | |
| 119. HEALTHCAREE MERGER (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. HELEN OF TROY LTD | A | Dividend | | | Buy | 04/02/20 | J | | |
| 121. | | | | | Sold | 07/10/20 | J | A | |
| 122. HOME DEPOT | A | Dividend | J | T | | | | | |
| 123. HONEYWELL | A | Dividend | K | T | Sold<br>(part) | 12/11/20 | J | B | |
| 124. HUDSON | A | Dividend | | | Sold | 05/28/20 | J | A | |
| 125. ILLINOIS TOOL WORKS | A | Dividend | J | T | Sold<br>(part) | 09/09/20 | J | A | |
| 126. IMPERIAL BRANDS (Y) | | | | | | | | | |
| 127. IBM | A | Dividend | J | T | | | | | |
| 128. ICF INTL (Y) | | | | | | | | | |
| 129. INTEL | A | Dividend | J | T | | | | | |
| 130. INGERSOLL RAND | A | Dividend | | | Sold | 03/10/20 | J | A | |
| 131. IRON MOUNTAIN | A | Dividend | J | T | | | | | |
| 132. INSU ACQUISITION (X) | A | Dividend | J | T | | | | | |
| 133. INTL SEAWAYS (X) | A | Dividend | J | T | | | | | |
| 134. INTER PARFUMS (Y) | | | | | | | | | |
| 135. INTRA CELLULAR THERAPIES (X) | A | Dividend | J | T | | | | | |
| 136. ITRON | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  INTL FLAVORS & FRAG | A | Dividend | J | T | | | | | |
| 138.  ISHARES CORE S&P US | A | Dividend | J | T | | | | | |
| 139.  ISHARES CORE S&P US VALUE | A | Dividend | J | T | | | | | |
| 140.  ISHARES CORE S&P US GROWTH (Y) | | | | | | | | | |
| 141.  JOHNSON & JOHNSON | A | Dividend | K | T | Sold (part) | 12/28/20 | J | B | |
| 142.  JOHNSON & JOHNSON CONTROLS (X) | A | Dividend | | | Sold | 05/21/20 | J | A | |
| 143.  JPMORGAN CHASE | A | Dividend | K | T | Sold (part) | 12/28/20 | J | A | |
| 144.  KF INTL (X) | A | Dividend | J | T | | | | | |
| 145.  KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 146.  KLA (X) | A | Dividend | J | T | Sold (part) | 12/28/20 | J | A | |
| 147.  K12 | A | Dividend | | | Sold | 08/12/20 | J | A | |
| 148.  KINDER MORGAN | A | Dividend | | | Sold | 04/30/20 | J | | |
| 149.  KITE REALTY | A | Dividend | J | T | | | | | |
| 150.  KORN FERRY (X) | A | Dividend | J | T | | | | | |
| 151.  LITHIA MOTORS | A | Dividend | J | T | Sold (part) | 11/30/20 | J | A | |
| 152.  LOCKHEED MARTIN | A | Dividend | J | T | | | | | |
| 153.  LOWES | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. LYONDELLBASELL IND | A | Dividend | J | T | Sold<br>(part) | 12/11/20 | J | A | |
| 155. LEAR (Y) | | | | | | | | | |
| 156. LAS VEGAS SANDS (Y) | | | | | | | | | |
| 157. LANDSTAR | A | Dividend | | | Sold | 10/07/20 | J | A | |
| 158. LEXINGTON REALTY | A | Dividend | J | T | | | | | |
| 159. LITTELFUSE (X) | A | Dividend | | | Sold | 12/10/20 | J | A | |
| 160. LLOYDS | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 161. LINDE | A | Dividend | J | T | | | | | |
| 162. LANTHEUS (X) | A | Dividend | J | T | | | | | |
| 163. LUMINAR TECH (X) | | None | | | Sold | 12/08/20 | J | B | |
| 164. MARSH & MCLENNAN | A | Dividend | J | T | | | | | |
| 165. MAXIM INTEGRATED PRODUCTS | A | Dividend | | | Sold | 12/28/20 | J | B | |
| 166. MCDONALDS | A | Dividend | J | T | Sold<br>(part) | 04/16/20 | J | A | |
| 167. MCKESSON | A | Dividend | J | T | | | | | |
| 168. MEDTRONIC | A | Dividend | K | T | Sold<br>(part) | 02/27/20 | J | A | |
| 169. MERCK & CO | A | Dividend | K | T | | | | | |
| 170. METLIFE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MICROSOFT | A | Dividend | K | T | Sold (part) | 12/31/20 | J | C | |
| 172. MONTROSE ENVIRONMENTAL | A | Dividend | | | Buy | 07/23/20 | J | | |
| 173. | | | | | Sold | 09/22/20 | J | A | |
| 174. MARTEN TRANSPORT (X) | A | Dividend | J | T | | | | | |
| 175. MUENCHENER RUECK (X) | A | Dividend | J | T | | | | | |
| 176. MSC INDL DIRECT (X) | A | Dividend | J | T | | | | | |
| 177. MAIN STREET CAP (Y) | | | | | | | | | |
| 178. MARTEEN TRANSPORT (Y) | | | | | | | | | |
| 179. MATADOR (Y) | | | | | | | | | |
| 180. MONRO (Y) | | | | | | | | | |
| 181. MP MATERIALS (X) | A | Dividend | | | Sold | 12/22/20 | J | A | |
| 182. MRC GLOBAL (Y) | | | | | | | | | |
| 183. MOTOROLA (X) | A | Dividend | J | T | | | | | |
| 184. MURPHY USA (Y) | | | | | | | | | |
| 185. MONDELEZ | A | Dividend | J | T | | | | | |
| 186. NASDAQ OMX | A | Dividend | J | T | | | | | |
| 187. NATIONAL GRID | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NESTLES | A | Dividend | J | T | | | | | |
| 189. NEXTERA ENERGY | A | Dividend | K | T | | | | | |
| 190. NLIGHT | A | Dividend | J | T | | | | | |
| 191. NORFOLK SOUTHERN | A | Dividend | J | T | | | | | |
| 192. NORTHROP GRUMMAN | A | Dividend | J | T | | | | | |
| 193. NORVARTIS | A | Dividend | J | T | | | | | |
| 194. NOVO NORDISK | A | Dividend | | | Buy | 03/18/20 | J | | |
| 195. | | | | | Sold | 12/28/20 | J | A | |
| 196. NCR (X) | A | Dividend | J | T | | | | | |
| 197. NIC (X) | A | Dividend | J | T | | | | | |
| 198. NXP SEMICONDUCTORS (X) | A | Dividend | J | T | | | | | |
| 199. NINTENDO (X) | A | Dividend | J | T | | | | | |
| 200. NUTRIEN (X) | A | Dividend | J | T | | | | | |
| 201. OMNICELL (X) | A | Dividend | J | T | | | | | |
| 202. ORKLA AS A (Y) | | | | | | | | | |
| 203. ONEMAIN HLDGS | A | Dividend | J | T | | | | | |
| 204. ONESPA WORLD (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  OPORTUN FINCL | A | Dividend | J | T | | | | | |
| 206.  OUTFRONT MEDIA | A | Dividend | J | T | | | | | |
| 207.  OXFORD IND | A | Dividend | | | Sold | 08/11/20 | J | A | |
| 208.  ORANGE (X) | A | Dividend | J | T | | | | | |
| 209.  PACCAR | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 210.  PACKAGING CORP AMERICA (X) | A | Dividend | J | T | Sold<br>(part) | 09/11/20 | J | A | |
| 211.  PAYCHEX | A | Dividend | J | T | | | | | |
| 212.  PEPSICO | A | Dividend | K | T | | | | | |
| 213.  PFIZER | A | Dividend | J | T | Sold<br>(part) | 10/14/20 | J | A | |
| 214.  PHILLIPS 66 | A | Dividend | J | T | | | | | |
| 215.  PHILLIP MORRIS INTL | A | Dividend | J | T | Sold<br>(part) | 07/08/20 | J | A | |
| 216.  PHYSICIANS REALTY TR (X) | A | Dividend | J | T | | | | | |
| 217.  PLURAL SIGHT | A | Dividend | | | Buy | 06/10/20 | J | | |
| 218. | | | | | Sold | 12/14/20 | J | A | |
| 219.  PNC FINANCIAL SERVICES | A | Dividend | J | T | Sold<br>(part) | 06/22/20 | J | A | |
| 220.  PPG INDUSTRIES | A | Dividend | J | T | | | | | |
| 221.  PNM RESOURCES | A | Dividend | | | Sold | 11/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. POTLATCHDELTIC | A | Dividend | | | Sold | 01/29/20 | J | A | |
| 223. PPL CORP | A | Dividend | | | Sold | 08/07/20 | J | A | |
| 224. PEMBINA PIPRLINE (Y) | | | | | | | | | |
| 225. PRO ASSURANCE (Y) | | | | | | | | | |
| 226. PROCTOR & GAMBLE | A | Dividend | J | T | Sold (part) | 12/31/20 | J | A | |
| 227. PROG HOLDINGS (X) | A | Dividend | J | T | | | | | |
| 228. PROLOGIS (X) | A | Dividend | J | T | | | | | |
| 229. QUINNSTREET | A | Dividend | J | T | | | | | |
| 230. QUOTIENT LTD | A | Dividend | J | T | | | | | |
| 231. QUALCOMM (X) | A | Dividend | J | T | | | | | |
| 232. RAPID7 ORD | A | Dividend | J | T | Sold (part) | 12/23/20 | J | A | |
| 233. REALTY INCOME | A | Dividend | J | T | Sold (part) | 01/21/20 | J | A | |
| 234. RESTAURANT BRANDS (X) | A | Dividend | J | T | | | | | |
| 235. ROCHE HLDG | A | Dividend | J | T | Sold (part) | 08/19/20 | J | A | |
| 236. ROYAL BANK CANADA (X) | A | Dividend | J | T | | | | | |
| 237. ROYAL DUTCH SHELL | | None | | | Sold | 03/16/20 | J | A | |
| 238. RUSH ENTER | A | Dividend | J | T | Sold (part) | 10/06/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. R1 RCM | A | Dividend | J | T | | | | | |
| 240. RLJ LODGING TRST (X) | A | Dividend | J | T | | | | | |
| 241. SANOFI | A | Dividend | J | T | | | | | |
| 242. SANDERSON FARMS | A | Dividend | | | Sold | 12/14/20 | J | A | |
| 243. SOUTHERN | A | Dividend | J | T | | | | | |
| 244. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 245. SEMTECH | A | Dividend | J | T | | | | | |
| 246. SILGAN HLDGS | A | Dividend | J | T | | | | | |
| 247. SIMON PROPERTY GROUP | | None | | | Sold | 03/23/20 | J | A | |
| 248. SPROUTS FARMERS MKTS | A | Dividend | J | T | Sold<br>(part) | 07/22/20 | J | A | |
| 249. SKYWEST | A | Dividend | J | T | | | | | |
| 250. SCHWAB CHARLES (X) | A | Dividend | J | T | | | | | |
| 251. STARBUCKS | A | Dividend | J | T | | | | | |
| 252. STATE STREET CORP | A | Dividend | | | Sold | 10/02/20 | J | A | |
| 253. STANLEY BLACK & DECKER | A | Dividend | J | T | | | | | |
| 254. SUNCOR | A | Dividend | | | Sold | 10/22/20 | J | A | |
| 255. SYNEOS HEALTH | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  SIEMENS (X) | A | Dividend | J | T | | | | | |
| 257.  SYSCO | | None | | | Sold | 03/23/20 | J | A | |
| 258.  SERVICE CORP (Y) | | | | | | | | | |
| 259.  SUMMIT HOTEL (Y) | | | | | | | | | |
| 260.  STRIDE (X) | A | Dividend | J | T | | | | | |
| 261.  SWITCH (X) | A | Dividend | J | T | | | | | |
| 262.  TARGET CORP | A | Dividend | J | T | Sold<br>(part) | 12/31/20 | J | A | |
| 263.  TAIWAN MFG (X) | A | Dividend | J | T | Sold<br>(part) | 12/31/20 | J | A | |
| 264.  TAKEDA PHARMACY | A | Dividend | J | T | | | | | |
| 265.  TELLUS | A | Dividend | J | T | | | | | |
| 266.  TERNA | A | Dividend | J | T | | | | | |
| 267.  TEXAS INSTRUMENTS | A | Dividend | K | T | Sold<br>(part) | 01/22/20 | J | A | |
| 268.  TEXAS ROADHOUSE | A | Dividend | | | Buy | 04/02/20 | J | | |
| 269. | | | | | Sold | 10/15/20 | J | A | |
| 270.  TEXTAINER GRP HLDGS (X) | A | Dividend | J | T | | | | | |
| 271.  THERMO FISHER SCIENTIFIC | A | Dividend | J | T | | | | | |
| 272.  TRAVELERS | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. TOTAL | A | Dividend | J | T | | | | | |
| 274. TOWER SEMICONDUCTOR | A | Dividend | J | T | | | | | |
| 275. TRANE TECH (X) | A | Dividend | J | T | | | | | |
| 276. TRI STATE CAP HLDGS | A | Dividend | J | T | | | | | |
| 277. TRUIST FINCL | A | Dividend | J | T | Sold (part) | 09/09/20 | J | A | |
| 278. TRITON INTL | A | Dividend | J | T | | | | | |
| 279. TTEC HLDGS (X) | A | Dividend | J | T | | | | | |
| 280. TOKIO MARINE (X) | A | Dividend | J | T | | | | | |
| 281. US CONCRETE (Y) | | | | | | | | | |
| 282. UNION PACIFIC | A | Dividend | J | T | | | | | |
| 283. UNITED PARCEL SVC | A | Dividend | J | T | | | | | |
| 284. UNITED HEALTH GRP | A | Dividend | J | T | Sold (part) | 10/30/20 | J | A | |
| 285. US BANCORP | A | Dividend | J | T | | | | | |
| 286. UNILEVER | A | Dividend | J | T | | | | | |
| 287. UTZ (X) | A | Dividend | J | T | | | | | |
| 288. VALERO ENERGY | A | Dividend | | | Sold | 11/19/20 | J | A | |
| 289. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. VERTEX (X) | A | Dividend | J | T | | | | | |
| 291. VISTEON (X) | A | Dividend | J | T | | | | | |
| 292. WEC ENERGY GRP | A | Dividend | J | T | Sold (part) | 12/28/20 | J | A | |
| 293. WELLS FARGO | A | Dividend | | | Sold | 10/01/20 | J | A | |
| 294. WELLTOWER (Y) | | | | | | | | | |
| 295. WATSCO (X) | A | Dividend | J | T | | | | | |
| 296. WILLIAMS COS | | None | | | Sold | 03/02/20 | J | A | |
| 297. WASHINGTON FED | A | Dividend | J | T | | | | | |
| 298. WESBANCO | A | Dividend | J | T | | | | | |
| 299. WINTRUST FINCL | A | Dividend | J | T | | | | | |
| 300. WNS HOLDINGS | A | Dividend | J | T | | | | | |
| 301. 2U INC (X) | A | Dividend | J | T | Sold (part) | 08/06/20 | J | A | |
| 302. 3M CO (Y) | | | | | | | | | |
| 303. AAM BAHL & GAYNOR | A | Dividend | J | T | | | | | |
| 304. GUGGENHEIM ENERGY & INC | C | Dividend | K | T | | | | | |
| 305. VANGUARD FINCLS | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 306. VANGUARD FTSE DSEVELOPED MKTS | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307.  MERRILL LYNCH CASH ACCT | A | Interest | J | T | | | | | |
| 308.  BANK OF AMERICA CASH RESERVE | A | Interest | J | T | | | | | |
| 309.  BRYN MAWR TRUST CASH ACCTS | A | Interest | J | T | | | | | |
| 310.  BROADRIDGE CORP OF PA (X) | A | Dividend | J | T | | | | | |
| 311.  LAND-HALIFAX COUNTY, VA | | None | M | W | | | | | |
| 312. | | | | | | | | | |
| 313. | | | | | | | | | |
| 314. | | | | | | | | | |
| 315. | | | | | | | | | |
| 316. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/23/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETRESE B. TUCKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544